IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE ADAN RODRIGUEZ-MEZA,<br><br>　　　　　　Defendant. | 8:21CR266<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jose Adan Rodriguez-Meza. (Filing No. 33). Kelly M. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Kelly M. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 33) is granted.

　　　　James J. Regan, 6035 Binney Street, Omaha, NE 68104, (402) 341-2020, is appointed to represent Jose Adan Rodriguez-Meza for the balance of these proceedings pursuant to the Criminal Justice Act. Kelly M. Steenbock shall forthwith provide James J. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Kelly M. Steenbock which are material to Jose Adan Rodriguez-Meza's defense.

　　　　The clerk shall provide a copy of this order to James J. Regan and the defendant.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 2nd day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge