IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:21CR266 |
| ) | |
| vs. ) | |
| ) | ORDER |
| JOSE ADAN RODRIGUEZ-MEZA, ) | |
| JODY MARIE BENIS, and ANTHONY ) | |
| JAMES SCHLOTFELD, ) | |
| ) | |
| Defendants. | |

This matter is before the court on the defendant, Jody Marie Benis' Motion to Continue Trial [57]. Counsel indicates that discovery and plea negotiations are ongoing. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [57] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 25 2022, is continued to **September 6, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 6, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 13, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**