IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | **8:21CR266** |
| vs. | ) ) ) | **ORDER** |
| **JOSE ADAN RODRIGUEZ-MEZA and JODY MARIE BENIS,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Jody Marie Benis' Motion to Continue Trial [61]. Counsel indicates that discovery and plea negotiations are ongoing. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [61] is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 6, 2022, is continued to **November 28, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 28, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **August 31, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: August 24, 2022.**

                                          **BY THE COURT:**

                                          **s/ Susan M. Bazis**
                                          **United States Magistrate Judge**