IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ADAN RODRIGUEZ-MEZA, <br><br> Defendant. | 8:21CR266 <br><br> ORDER |

Before the Court is non-party Danielle Rodriguez's Request for Transcript (Filing No. 112) of the change of plea hearing held on December 16, 2022 and continued to January 20, 2023, and the sentencing hearing held on May 16, 2023.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 112) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Danielle Rodriguez at 1121 William Street, Omaha, Nebraska 68108.
3. Court reporter Sue DeVetter is directed to advise Danielle Rodriguez of the cost to obtain the transcripts. Danielle Rodriguez will be responsible for that transcript cost.

Dated this 23rd day of May 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge